# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
) No. 67368-8-I
Respondent, )
) DIVISION ONE
v. )
) UNPUBLISHED OPINION
RUSSELL JERRY WARE, JR., )
)
Appellant. ) FILED:   MAR 0 4 2013

PER CURIAM — Russell Ware appeals his convictions for two counts of felony harassment.  He contends the information was defective for failing to allege that he made a "true threat."  His contention is controlled by the State Supreme Court's recent decision in State v. Allen, No. 86119-6, 2013 WL 259383 (Wash. Jan. 24, 2013) (("true threat" concept defines the threat element of an offense; it is not itself an element that must be included in either the information or the to-convict instruction).

Affirmed.

For the court: